## BRUCE HILL *v.* STATE EMPLOYEES RETIREMENT COMMISSION

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 599 (AC 24478), is denied.

*Mark E. Merrow,* in support of the petition.

*Thadd A. Gnocchi,* assistant attorney general, in opposition.

Decided September 8, 2004

## CYNTHIA L. BEAN-CORVEIRA *v.* MILTON D. FRIEDMAN, INC.

The plaintiff's petition for certification for appeal from the Appellate Court, 83 Conn. App. 826 (AC 24671), is denied.

*John S. Bennet,* in support of the petition.

*Gerald L. Garlick,* in opposition.

Decided September 8, 2004

## STATE OF CONNECTICUT *v.* ANTHONY SABOURIN

The defendant's petition for certification for appeal from the Appellate Court is dismissed.

*Margaret P. Levy,* in support of the petition.

Decided September 8, 2004

## TYRONE PAYNE *v.* STATE OF CONNECTICUT

The plaintiff's petition for certification for appeal from the Appellate Court is denied.